*Hinckley, Allen, Salisbury & Parsons, Michael D<sub>e</sub>Fanti,* for respondent.

APPEAL No. 76-130. HILTON ROSEN *et al. v.* JAIME RESTREPO, JR. *et al.* The defendant's motion to file a responsive brief is granted. *Oster, Espo, Fay & Groff, George M. Prescott,* for plaintiffs. *John Quattrocchi III,* Town Solicitor, for defendants.

May 31, 1977.

M. P. No. 77-41. ANDREW J. MELECHINSKY *v.* WILLIAM A. LAURIE. Respondent's motion to dismiss for failure to file a brief is denied since petitioner's brief has been filed. *Aram K. Berberian,* for petitioner. *Julius C. Michaelson,* Attorney General, *Allen P. Rubine,* Asst. Attorney General, *Perry Shatkin,* Chief Legal Officer, Taxation, for respondent.

C. A. No. 77-62. STATE *v.* TERRY SCOTT. The defendant's motion to withdraw his appeal is granted. *Julius C. Michaelson,* Attorney General, for plaintiff. *William F. Reilly,* Public Defender, *Barbara Hurst, John A. MacFadyen III,* Asst. Public Defenders, for defendant.

C. A. No. 77-104. STEPHEN K. HARRISON *v.* WILLIAM E. LAURIE *et al.* Petition for habeas corpus is denied as moot. *William F. Reilly,* Public Defender, *Barbara Hurst, John A. MacFadyen III,* Asst. Public Defenders, for petitioner. *Julius C. Michaelson,* Attorney General, for respondent.

APPEAL No. 76-243. STANLEY PUC *et al. v.* LEASEWAY OF NEW ENGLAND *et al.* The plaintiffs' motion to supplement the record by adding thereto the decision of the trial justice is granted. *Keough, Parker & Gearon, Joseph A. Keough,* for plaintiffs. *Higgins, Cavanagh & Cooney, Kenneth P. Borden,* for defendants.